Andrew T. Koenig, SBN: 158431
Attorney at Law
353 Sanjon Road
Ventura, CA 93001
Tel. (805) 653-7937
FAX: (805) 653-7225
Email: andrewtkoenig@hotmail.com

Attorney for Plaintiff Michael Messner

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MICHAEL MESSNER,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>    Defendant. | CASE NO. CV-10-08421-CW<br><br>[PROPOSED] ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COURT COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of THREE-THOUSAND THREE-HUNDRED DOLLARS AND NO CENTS ($3,300.00), as authorized by 28 U.S.C. § 2412(d), and Court costs in the amount of THREE-HUNDRED FIFTY DOLLARS and NO CENTS ($350.00) pursuant to 28 U.S.C. § 1920, subject to the terms of the Stipulation.

Dated: September 12, 2011

_____
CARLA M. WOEHRLE
UNITED STATES MAGISTRATE JUDGE